**Attachment 2 - EEOC Complaint Form**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### _Austin_ DIVISION

Diana Gonzales Bennett

_____

**(Name of plaintiff or plaintiffs)**

v.

Teacher Retirement System

_____

**(Name of defendant or defendants)**

Civil Action Number: **1:24 CV01119** DII

(Supplied
by Clerk's Office)

## COMPLAINT

1.    This action is brought by _____Diana G. Bennett_____, Plaintiff,
pursuant to the following selected jurisdiction:

### (Please select the applicable jurisdiction)

[✓] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)   Employment
Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment),
religion or national origin.

[  ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) **(ADEA)**.

[  ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) **(ADA)**.

[  ] The Equal Pay Act (29 USC § 206(d)) **(EPA)**.

[  ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees
only).

2.    Defendant _Teacher Retirement System of Tx_ (Defendant's name) lives
at, or its business is located at
(street address), _1000 Red River Street_ (city), _Austin_
(state), _TX 7874_ (zip).

28

**Rev. Ed. October 26, 2017**

3a.     Plaintiff sought employment from the defendant or was employed by the defendant at _Teacher Retirement Systems Texas   1000 Red Rive_ (street address), (city), _Austin_ (state), _TX   78744_ (zip).

3b.     At all relevant times of claim of discrimination, Defendant employed _50/+_ (#) employees.   If defendant is a union, at all relevant times of claim of discrimination, Defendant had _0_ (#) members.

4.      Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _May_ (month) _8th_ (day) _2023_ (year).   If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts:_____

5.      Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _18th_ (month) _November_ (day) _18th 2023_ (year).   (Not applicable to federal civil service employees).

6a.     The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) _June_ (day) _27th 2024_ (year).   (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**        **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b.     Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[✓] No

**VERY IMPORTANT NOTE:**        **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7.      Because of plaintiff's:

**(Please select the applicable allegation(s))**

[✓]   Race (If applicable, state race) _____

[✓]   Color (If applicable, state color) _____

29

Rev. Ed. October 26, 2017

[  ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[  ] Religion (If applicable, state religion) _____

[✓] National Origin (If applicable, state national origin) _____

[  ] Age (If applicable, state date of birth) _____

[✓] Disability (If applicable, state disability) _____

[✓] Prior complaint of discrimination or opposition to acts of discrimination.
(Retaliation) (If applicable, explain events of retaliation) _____

    The defendant:  **(please select all that apply)**

[  ] failed to employ plaintiff.

[  ] terminated plaintiff's employment.

[✓] failed to promote plaintiff.

[✓] harassed plaintiff.

[✓] other (specify) _retaliated against me since Nov 18, 2023_

8a.    State **specifically** the circumstances under which defendant, its agent, or employees
discriminated against plaintiff **PERSONALLY**:

<u>VERY IMPORTANT NOTE:</u>    **INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>,
AND ANY <u>SPECIFIC COMMENTS</u> MADE BY
DEFENDANT PERTAINING TO THE
DISCRIMINATION CLAIM ALLEGED ABOVE.**

5-18-2023- Manager Sarah Holleman - told me she prefers that I + Diana Bennett not to speak Spanish in our dept.

8b.    List any **witnesses** who would testify for plaintiff to support plaintiff's allegations
and the substance of their testimony:

Theresa Martinez - coworker  -  Perry Wright - coworker
Rodolfo Mata - coworker    Kristin Gonzales coworker
Gloria Bailey - friend       Elisa McClure - friend

8c.    List any **documentation** that would support plaintiff's allegations and explain what
the documents will prove:    texts, emails, letters.

                                                                            **30**

**Rev. Ed. October 26, 2017**

9.    The above acts or omissions set forth in paragraphs 7 and 8 are:

[✓]    still being committed by defendant.
[  ]    no longer being committed by defendant.

10.    Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[   ] Defendant be directed to employ plaintiff.

[   ] Defendant be directed to re-employ plaintiff.

[✓] Defendant be directed to promote plaintiff.

[✓] Defendant be directed to _____ *pay damages, promote, allow ADA requests,* _____ and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

*9/20/2024*

Date

*[signature]*

Signature of Plaintiff

*#4 Royal Palms Drive*

Address of Plaintiff

*Austin          TX          78744*

City                    State                    Zip Code

Telephone Number(s)    *512 - 552 - 1988*

31

Rev. Ed. October 26, 2017